# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**DONALD RAY NICKELL, et al.,**

    **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  3:07-cv-49-J-25MCR**

**HIDDEN HARBOR, INC., et al.,**

    **Defendants.**

_____/

## ORDER TO STRIKE

Rule 26 Initial Disclosure of Defendant Hidden Harbor, Inc. (Doc. #12) was filed in the above-styled case.  It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below.  Therefore, the document is **ORDERED** stricken.  Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken.

**Non-Filing of Discovery Material:**

Request for the production of documents and other things, matters disclosed pursuant to Fed. R. Civ. P. 26, and requests for admission, and answers and responses thereto, shall not be filed with the Court as a matter of course, but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings. [Local Rule 3.03(d)]

**DONE AND ORDERED** at Jacksonville, Florida this __16th__ day of April, 2007.

                                                               *Monte C. Richardson*
                                                    MONTE C. RICHARDSON
                                              UNITED STATES MAGISTRATE JUDGE

-2-

Copies to:

Counsel of Record
Pro Se Parties